UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHUN-YU LAW,

                                          Petitioner,        DECISION AND ORDER

-vs-

                                                                 17-CV-6082 (CJS)

JEFF B. SESSIONS, Attorney General of the
United States of America, et al.,

                                          Respondents.

_____

       Petitioner, an alien subject to a final order of removal, brought this action pursuant to 28 U.S.C. § 2241, alleging that Respondents were illegally detaining him while attempting to remove him from the United States. Petitioner alleged, *inter alia*, that Respondents were unable to obtain the necessary travel documents, and that, consequently, there was no significant likelihood of removal in the reasonably foreseeable future. However, Respondents have moved to dismiss this action as moot, on the grounds that Petitioner has been removed from the United States. (Motion to Dismiss Petition as Moot, Docket No. [#9]). More specifically, Respondents have provided evidence that on January 16, 2018, Petitioner departed from the United States, and is no longer in the custody of the United States. Accordingly, it is hereby

       ORDERED, that Respondents' motion [#9] is granted and this action is dismissed as moot. The Clerk of the Court is directed to terminate this action.

       SO ORDERED.

Dated: Rochester, New York
        July 16, 2018                     ENTER:

                                                    /s/ Charles J. Siragusa
                                                    CHARLES J. SIRAGUSA
                                                    United States District Judge